Thomas J. Nolan (SBN 66992)
thomas.nolan@skadden.com
Eric S. Waxman (SBN 106649)
eric.waxman@skadden.com
Peter B. Morrison (SBN 230148)
peter.morrison@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone:  (213) 687-5000
Facsimile:   (213) 687-5600

Of Counsel:

Jay B. Kasner
jay.kasner@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
(212) 735-3000
(212) 735-2000 (fax)

*Attorneys for Specially Appearing Defendants*
Merrill Lynch & Co., Inc.; Merrill Lynch Mortgage Investors, Inc.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Merrill Lynch Mortgage Lending, Inc.; Merrill Lynch Credit Corporation; Matthew Whalen; Brian T. Sullivan; Michael M. McGovern; Donald C. Han; and Paul Park

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNECTICUT CARPENTERS PENSION FUND and CONNECTICUT CARPENTERS ANNUITY FUND, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERRILL LYNCH & CO., INC.; MERRILL LYNCH MORTGAGE INVESTORS, INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; MERRILL LYNCH MORTGAGE LENDING, INC.; MERRILL LYNCH CREDIT CORPORATION; MATTHEW WHALEN; BRIAN T. SULLIVAN; MICHAEL M. McGOVERN; DONALD C. HAN; and PAUL PARK,<br><br>Defendants. | CASE NO.: CV 09-1076 R (FFMx)<br><br>**DECLARATION OF KETAN PAREKH IN SUPPORT OF SPECIALLY APPEARING DEFENDANTS' MOTION (1) TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(A) OR, ALTERNATIVELY, (2) TO STAY THE ACTION PENDING TRANSFER PURSUANT TO 28 U.S.C. § 1407** |

1

1  I, Ketan Parekh, declare as follows:

2  1. I am a Director of Banc of America Securities, and have held this position since January 2009. I formerly held a similar position at Defendant Merrill Lynch, Pierce, Fenner & Smith Inc. ("MLPFS"), where I was employed from August 2006 until January 2009, when Merrill Lynch & Co. ("Merrill"), the parent of MLPFS merged with Bank of America. I submit this declaration in support of Defendants' Motion to Transfer the Action to the Southern District of New York pursuant to 28 U.S.C. § 1404(a).

2. I have read and am familiar with the complaint filed in this action on December 5, 2008 (the "Complaint").

3. Since joining MLPFS, my work has focused on the area of mortgage securitization. I thus am familiar with Merrill's and its affiliates' business of securitizing mortgages, including the processes, mechanics, entities, and individuals responsible for the mortgage securitization business. The information set forth in this declaration is based on my personal knowledge and on information provided to me from the business records of Merrill and its affiliates which I believe to be accurate.

4. MLPFS is a Delaware corporation with its principal place of business in New York, New York.

5. Defendant Merrill Lynch Mortgage Investors, Inc. ("MLMI") is a Delaware corporation with its principal place of business in New York, New York.

6. Defendant Merrill Lynch Credit Corporation ("MLCC") is a Delaware corporation with its principal place of business in Jacksonville, Florida.

7. Defendant Merrill Lynch Mortgage Lending, Inc. ("MLML") is a Delaware corporation with its principal place of business in New York, New York.

8. Defendant Merrill (together with MLPFS, MLMI, MLCC, and MLML, the "Merrill Defendants") is a Delaware corporation with its principal place of business in New York, New York.

9.   MLPFS, MLMI, MLCC, and MLML are Merrill subsidiaries involved in the business of securitizing mortgages, including subprime loans, to form products such as mortgage backed securities ("MBSs").

10.   In a typical MBS offering, such as those alleged in the Complaint, mortgage loans were purchased by a Merrill affiliate from mortgage loan originators.[1]

11.   These loans were then deposited by MLMI into a trust, which in turn issued MBS certificates that are sold to investors. The Complaint identifies 35 such trusts, which on a combined basis include over 200,000 individual mortgage loans covering properties located throughout the country. I understand that Plaintiffs' claims in this action concern their allegation that the registration statements, prospectuses and prospectus supplements for offerings of the MBS certificates included untrue statements of fact.

12.   The work done by the Merrill Defendants to prepare the three registration statements, the prospectuses and the prospectus supplements (the "Offering Documents") for the trusts identified in the Complaint was performed principally in New York, New York, as set forth below.

13.   The trusts identified in the Complaint are common law trusts formed under the laws of the State of New York. They were created in New York at the same time the mortgages underlying the trusts were securitized.

14.   The Offering Documents were prepared primarily by a group of MLMI employees based in New York, New York, headed by Matthew Whalen, who is the former President and Chairman of MLMI. Mr. Whalen resides in Glen Rock, New Jersey and is no longer an employee of Merrill. The principal members of Mr.

---

[1] Two of the companies that originated some of the loans included in the trusts referenced in the Complaint were Merrill affiliates during all or part of the relevant time period. The first is MLCC, which originates prime loans, not subprime loans, pursuant to a private label relationship with PHH Mortgage Corporation ("PHH"). The second is First Franklin Financial Corporation, which was acquired and become a Merrill affiliate beginning in January 2007.

3

1 Whalen's New York-based group included, among others, Mr. Whalen and the
2 following present and former employees of the Merrill Defendants:
3     a. Paul Park, former Managing Director, Franklin Lakes, New
4        Jersey
5     b. Tom Saywell, former Managing Director, Sydney, Australia
6     c. Ketan Parekh, Director, Bayport, New York
7     d. Sonia Lee, former Vice President, Guttenberg, New Jersey
8     e. Hoi Yee Leung, Associate, Brooklyn New York
9     f. Calvin Look, former Vice President, Brooklyn, New York
10    g. Fred Hubert, former Vice President, Jersey City, New Jersey
11    h. Alice Chu, former Vice President, West New York, New Jersey
12    i. Joseph Lee, former Associate, New York, New York
13    j. Tim Loughlin, former Managing Director, Laguna Beach,
14       California
15    k. Mark Dereska, former Associate, Tuckahoe, New York
16    l. Yimin Ge, Associate, New York, New York
17    m. Paul Fetch, Analyst, New York, New York
18    n. Chris Jonas, Analyst, New York, New York
19    o. Jason Huang, former Director, Palo Alto California
20   15. The Offering Documents were prepared with the assistance of counsel,
21 primarily Dechert LLP. The attorneys from Dechert LLP were primarily based in
22 Philadelphia, Pennsylvania, as well as New York, New York, and Washington, D.C.
23 The following are the attorneys who were principally involved in the preparation of
24 the Offering Documents and related tasks:
25    a. Steven Molitor, Partner, Radnor, Pennsylvania
26    b. Joseph Gatti, Partner, McLean, Virginia
27    c. Ralph Mazzeo, Partner, Villanova, Pennsylvania
28    d. Eric Iversen, Partner, New York, New York

4

16. The Offering Documents were reviewed by Deloitte & Touche LLP, also based in New York, New York. The following are the Deloitte & Touche personnel who were principally involved in the review of the Offering Documents and related tasks:

    a. Howard Kaplan
    b. Pete Dologos
    c. Michael Mintz
    d. David Gerlak

17. The Complaint includes allegations concerning the investment ratings assigned to the MBS certificates and the subsequent downgrading of those ratings. The rating agencies that provided investment ratings for the MBS certificates were Moody's Investor Services, Inc. ("Moody's), Standard & Poor's Rating Services "S&P"), a division of the McGraw-Hill Companies, Inc., Fitch, Inc. ("Fitch"), and Duff & Phelps which are also based in New York, New York.  The individuals at S&P, Fitch, and Moody's who were principally involved in preparing the initial ratings included:

    a. Frank Raiter, S&P
    b. Leslie Albergo, S&P
    c. Susan Barnes, S&P
    d. Terry Osterwall, S&P
    e. Tom Warrack, S&P
    f. Steve Grundleger, Fitch
    g. Tom Albertson, Fitch
    h. Joanne Sokolowski, Fitch
    i. Glenn Costello, Fitch
    j. Scott Seewald, Fitch
    k. Pramila Gupta, Moody's
    l. Jay Seigal, Moody's

      m.    Michael Labuskes, Moody's

18. Based on the foregoing, I believe the vast majority of documents in the possession of each of the Merrill Defendants relating to the preparation of the Offering Documents are located in the files of employees located in New York. Additional files are located on electronic servers accessible from the offices of the various Merrill Defendants in New York, New York.

19. Based on the foregoing, I believe the current and former employees of the Merrill Defendants, as well as many other third parties, with knowledge regarding the preparation of the Offering Documents predominately reside in the New York City metropolitan area.

20. The purchase and acquisition of the loans from mortgage originators and due diligence was coordinated and managed by a group based in New York, New York, headed by Vince Mora, then Managing Director of MLPFS's Whole Loan trading desk, and a group in Minneapolis, Minnesota. The principal members of these groups included:

      a.    Joseph D'Urso, former Director, Glen Cove, New York
      b.    Rishi Bansal, Managing Director, Edison, New Jersey
      c.    Brian Brennan, former Director, Scarsdale, New York
      d.    John O'Grady, former Director, Mahwah, New Jersey
      e.    Jamie Willeck, former Managing Director, Eden Prairie, Minnesota
      f.    Diane Alexander, former Director / current Contract Worker, Jersey City, New Jersey
      g.    Ranae Lacey, Director, Minneapolis, Minnesota
      h.    Greg Amoroso, former Director, Freehold, New Jersey
      i.    Shannon Madden, Director, New Brighton, Minnesota
      j.    Vince Mora, former Managing Director, Westfield, New Jersey
      l.    Alan Chan, Director, West New York, New Jersey

|    |     |                                                                  |
|----|-----|------------------------------------------------------------------|
| 1  | m.  | Ben Fisher, Analyst, New York. New York                          |
| 2  | n.  | Mark Jury, Associate, New York New York                          |
| 3  | o.  | Catherine Damberg, Director, Minnetonka, Minnesota               |
| 4  | p.  | George Davie, former Director, Brookside, New Jersey             |
| 5  | q.  | Keira Reich, former Vice President, New York, New York           |
| 6  | r.  | Matt Giammarinaro, Vice President, Hoboken, New Jersey           |
| 7  | s.  | Dan Oh, former Associate, New York, New York                     |
| 8  | t.  | Dave Soltau, former Vice President, Tonka Bay, Minnesota         |
| 9  | u.  | Mike Swanson, Vice President, Minneapolis, Minnsota              |
| 10 | v.  | Angie Gioia, Director, New York, New York                        |
| 11 | w.  | Kevin O'Hare, former Director, West Orange, New Jersey           |

21. Vince Mora left Merrill in 2007, and his responsibilities for the trading desk were assumed by Joseph D'Urso.

22. Based on the foregoing, I believe the vast majority of documents in the Merrill Defendants' possession related to the processes of loan acquisition and due diligence of the mortgage loans underlying the Certificates are located in New York or Minnesota. Additional files are located on electronic servers accessible from the offices of the various Merrill Defendants in New York, New York.

23. Based on the foregoing, I believe the current and former employees of the Merrill Defendants with knowledge regarding the processes of loan acquisition and due diligence of the mortgage loans underlying the Certificates predominately reside in the New York City metropolitan area or (to a lesser extent) in Minnesota.

24. The mortgage loans underlying the trusts relate to properties located nationwide, the vast majority of them outside of California. For example, according to the Prospectus Supplement for Ownit Mortgage Loan Trust, Series 2006-6, 2158 out of 2594 properties underlying the mortgages that constituted the corpus of the trust (i.e., 69.79% of the properties by count) were located outside of California. With the exception of MLCC (which originated prime loans through PHH, their

1  outsource mortgage originator) the mortgage loans were purchased from mortgage
2  origination companies. These companies are located throughout the United States,
3  including some in California. I understand that these companies typically
4  maintained mortgage brokers located nationwide. Appraisals relating to the loans
5  would have been prepared by local professionals near the properties.

6      25.    I am informed and believe that the United States District Court for the
7  Southern District of New York would be the most convenient and efficient forum for
8  the necessary and proper witnesses that would appear on behalf of the Merrill
9  Defendants. A trial in that forum would be less costly and would result in a
10 significant savings of time and resources for the Merrill Defendants.

11     26.    I declare under penalty of perjury under the laws of the State of
12 California that the foregoing is true to the best of my knowledge, information and
13 belief, and that this declaration was executed on March 16, 2009.

*[signature]*

Ketan Parekh

8