

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court



FILED
CLERK, U.S. DISTRICT COURT
MAY 22 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

To:   Clerk, United States District Court
      Southern District of New York
      500 Pearl Street
      New York, NY 10007

Re:   Transfer of our Civil Case No. 2:09-cv-01076-R-FFMx
      Case Title: Connecticut Carpenters Pension Fund et al v. Merrill Lynch & Co., Inc. et al

Dear Sir/Madam:

**An order having been made transferring the above-numbered case to your district, we are transmitting herewith our file:**

☐ Original case file documents are enclosed in paper format.
☑ Electronic Documents are accessible through Pacer.
☐ Other: _____

Very truly yours,

Clerk, U.S. District Court

Date: May 8, 2009

By Phyllis Lopez / 213-894-8990
Deputy Clerk

cc:   All counsel of record

------

**TO BE COMPLETED BY RECEIVING DISTRICT**

**Please acknowledge receipt via e-mail to appropriate address listed below and provide the case number assigned in your district:**

☐  CivilIntakecourtdocs-LA@cacd.uscourts.gov    (Los Angeles Office)
☐  CivilIntakecourtdocs-RS@cacd.uscourts.gov    (Riverside Office)
☐  CivilIntakecourtdocs-SA@cacd.uscourts.gov    (Santa Ana Office)

Case Number: 09-4543 (JSR)

Clerk, U.S. District Court

Date: 5/14/09       By R. Diaz
                    Deputy Clerk

CV-22 (09/08)    TRANSMITTAL LETTER - CIVIL CASE TRANSFER OUT